18

United States District Court
Southern District of Texas
ENTERED

AUG 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 26 1998

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILDARDO GUADALUPE ESPINOZA | * |
| | * |
| VS | * C.A. NO. B94 213 |
| | * |
| ALEX PEREZ | * |

## ORDER OF DISMISSAL

Before this Court is the above-styled and numbered proceedings. On October 15, 1997, at a final pretrial conference, Petitioner was notified that the case would be dismissed should he fail to take any action to further prosecute this case. Over ten months have elapsed and Petitioner has failed to file any pleading.

It is therefore **ORDERED** that this cause of action be dismissed for failure to prosecute.

DONE at Brownsville, Texas, this 26th day of August, 1998.

Filemon B. Vela
United States District Judge