THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILDARDO GUADALUPE ESPINOZA, | § § § | |
| vs. | § | CIVIL ACTION NO. B-94-213 |
| ALEX F. PEREZ, et al., | § § § | |

## ORDER

     Before this Court for consideration is a Motion for Deposition (Docket # 19) filed by Plaintiff, Gildardo Guadalupe Espinoza on March 31, 2000. Having reviewed the entire file, this Court notes that this case was closed on August 26, 1998 after an Order of Dismissal was filed (Docket # 18) for lack of prosecution, and, therefore, this Court is of the opinion that such Motion is **MOOT**. Furthermore, the Court is of the opinion that, even if it had the authority to rule on the taking of a Deposition, it would be **DENIED** for the same reason set forth hereinabove.

     Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Deposition (Docket #19) is **MOOT** and is **DENIED**.

DONE on this the 27th day of June, 2000.

Filemon B. Vela
United States District Judge